# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marvin Butler,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:21-cv-09308 MEMF(DFM)<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND DOLLARS ($7,000.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

　　IT IS SO ORDERED.

DATE: March 16, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. DOULGAS F. McCORMICK
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE